# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
World Fuel Services (Singapore) PTE, Ltd. )    ASBCA No. 58083
)
Under Contract No. SP0600-05-D-0494 )

APPEARANCES FOR THE APPELLANT:    Richard J. Vacura, Esq.
K. Alyse Latour, Esq.
  Morrison & Foerster LLP
  McLean, VA

Ronald H. Uscher, Esq.
  Peckar & Abramson
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Edward R. Murray, Esq.
  Trial Attorney
  DLA Aviation
  Richmond, VA

Howard M. Kaufer, Esq.
Caroline Chien, Esq.
  Trial Attorneys
  DLA Energy
  Fort Belvoir, VA

## ORDER OF DISMISSAL

The parties settled this appeal as a result of Board-assisted mediation. Accordingly, the appeal is dismissed with prejudice.

Dated: 25 June 2015

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58083, Appeal of World Fuel Services (Singapore) PTE, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals